# United States Bankruptcy Court
For the Southern District of Georgia

FILED
2014 AUG 12 PM 10: 25
U.S. BANKRUPTCY COURT
SAVANNAH, GA

In the matter of: )
    Todd J Retzlaff )    Chapter __13__
)
)     Case Number __14-41026-LWD__
    *Debtor(s)* )

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor __Todd J Retzlaff__

   Employer __n/a__

   Dates of Pay Advices: From _____ To _____

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   [ ] The Debtor was not employed.

   [ ] The Debtor's source of income was from Social Security.

   [x] The Debtor was self employed.

2. Joint Debtor (Spouse) _____

   Employer _____

   Dates of Pay Advices: From _____ To _____

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   [ ] The Joint Debtor was not employed.

   [ ] The Joint Debtor's source of income was from Social Security.

   [ ] The Joint Debtor was self employed.

| pro se | 08/07/2014 | *(signature)* | 08/07/2014 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor | Date |

| _____ | | _____ | _____ |
|---|---|---|---|
| Name of Attorney | | Signature of Joint Debtor (if any) | Date |