Office of the Chapter 13 Trustee
Southern District Of Georgia
Savannah Division
O. Byron Meredith III
Trustee

33 Bull Street, Suite 415 (31401)  
Post Office Box 10556  
Savannah, Georgia 31412

(912) 234-5052  
(800) 292-2811  
Fax  (912) 232-8824

August 12, 2014

Todd J. Retzlaff  
P.O. Box 2112  
Hinesville, GA 31310

RE: 341 Meetings of Creditors  
Chapter 13 Case No. 14-41026

Dear Mr. Retzlaff:

This letter serves to inform you that the 341 meeting for the above referenced case has been rescheduled. The hearing will be held on September 19, 2014 at 12:00 Noon, at the Office of the U. S. Trustee, Johnson Square Business Center, 2 E. Bryan Street, Suite 725. It is your responsibility to give notice to all parties in interest of this new date and time. This case will remain on the calendar on August 15, 2014, in the event creditors appear at the hearing.

By copy of this letter I am notifying Ms. Rauback of this continued date and time. Please do not hesitate to call me if you have questions.

Sincerely,

O. Byron Meredith III  
Chapter 13 Trustee

OBM/mb

cc: Ms. Lucinda Rauback  
Mr. Carl Ivy  
Ms. Novella Jackson  
Ms. Patricia Stepherson  
Mr. Bob Cassidy