BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP                    BDFLB# 00000004527461
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-41026-LWD |
| | § | |
| Todd J Retzlaff, | § | |
| Debtor | § | CHAPTER 13 |

## OBJECTION TO CONFIRMATION

COMES NOW PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("PHH"), a secured creditor holding a Security Deed on Real Property commonly known as 418 Willow Oak Lane, Hinesville, Georgia 31313, and for the reasons stated below files its "Objection to Confirmation":

1.

PHH filed an arrearage claim in the amount of $2,638.47, which represents 2 prepetition mortgage payments plus additional fees.

2.

Debtor has failed to satisfy PHH's Proof of Claim pursuant to the terms of the Note and Security Deed by failing to provide for payment of the arrearages in the Chapter 13 Plan. The Plan does not provide for full payment PHH's allowed secured claim.

3.

The plan fails to timely cure the default reflected in the Proof of Claim as required in 11 U.S.C. §1322 (b)(5).

4.

The Plan is not feasible. Based on the Debtor's Chapter Plan, Schedules, and other pleadings on file with this Court, the Debtor lacks the ability to make all payments under the Plan and to comply with the Plan. Therefore confirmation should be denied as not meeting the requirements of 11 U.S.C. §1325(a).

WHEREFORE, PHH prays that the confirmation be DENIED. PHH prays for reasonable attorney's fees and for such other and further relief as it just and equitable.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP

BY: /s/ Ron Levine
Ron Levine
GA NO. 448736
780 JOHNSON FERRY ROAD, SUITE 240
ATLANTA, GA 30342
TELEPHONE: (404) 231-4567
FACSIMILE: (404) 231-4618
E-MAIL: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2014, a true and correct copy of the Objection to Confirmation was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    LEVINE & BLOCK, LLP

    <u>BY: /s/ Ron Levine</u>
    RON LEVINE
    GA NO. 448736
    780 JOHNSON FERRY ROAD, SUITE 240
    ATLANTA, GA 30342
    TELEPHONE: (404) 231-4567
    FACSIMILE: (404) 231-4618
    E-MAIL: GA.ND.ECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
Todd J Retzlaff
P.O. Box 2112
Hinesville, GA 31310

**TRUSTEE:**
O Byron Meredith, III
P O Box 10556
Savannah, GA 31412

**DEBTOR'S ATTORNEY:**
Pro se