# BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP

15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
TELEPHONE: (972) 341-0500
TELECOPIER: (972) 661-7725

**ATTORNEYS AND COUNSELORS AT LAW**

August 14, 2014

## DEBTOR'S INTENTION REGARDING PROOF OF CLAIM
## SIGN AND RETURN BY FAX

**TODD J RETZLAFF, PRO SE**

RE:       TODD J RETZLAFF
          BANKRUPTCY CASE NUMBER: 14-41026-LWD
          LOAN NUMBER: ****9368
          BDFLB#: 00000004527461

Dear:   **TODD J RETZLAFF, PRO SE**

    A proof of claim was filed on behalf of PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, in the amount of $4,651.80. The Debtor's Chapter 13 Plan reflects that the Debtor proposes to pay PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST $0.00 plus interest at 0.000%.

    Your signature below will indicate the Debtor's intention to pay PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST $4,651.80 through the plan.

    Please advise this office by return fax no later than the second business day **(48 hours)** after receiving this fax of debtor's intention regarding the Proof of Claim. If we do not hear from you by this time, the Objection to Confirmation will be filed with the Court.

    Thank you for your prompt attention and action to this matter.

Sincerely,

ABBEY M. ULSH
OBJECTIONS@BDFGroup.com

_____
DEBTOR ATTORNEY'S SIGNATURE, PRO SE