UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| IN RE: | CHAPTER 13 |
|---|---|
| **TODD J RETZLAFF**, | CASE NO. **14-41026 - LWD** |
| Debtor. | |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, Bank of America, N.A. (hereinafter referred to as "Movant"), who holds a secured lien on the Debtor's real property known as 900 Pintail Ct, Hinesville, GA 31313, and files this Objection to Confirmation of Plan:

1.

Movant filed a secured claim in the amount of $133,210.47, including pre-petition arrears in the amount of $18,849.26.

2.

Debtor's Chapter 13 Plan lists the total pre-petition arrears owed to Movant as $0.00.

3.

The arrears listed in Debtor's Chapter 13 Plan do not match Movant's pre-petition arrearage amount. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. §1325(a).

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan, or enter such orders that the Court deems just and proper.

Date: September 23, 2014

**PENDERGAST & ASSOCIATES, P.C.**

By: /s/ Anthony Maselli
Anthony Maselli
Bar No. 558670
Attorney for Movant

115 Perimeter Center Place
South Terraces, Suite 1000
Atlanta, GA 30346
Phone: 770-392-0303
Fax: 770-392-0909
Email: amaselli@penderlaw.com

### CERTIFICATE OF SERVICE

I, Anthony Maselli, certify that I am over the age of 18 and that on September 23rd, 2014, I served a copy of the foregoing OBJECTION TO CONFIRMATION OF PLAN by electronic mail or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Todd J Retzlaff
P.O. Box 2112
Hinesville, GA 31310

O. Byron Meredith, III
Chapter 13 Trustee
PO Box 10556
Savannah, GA 31412

Steve Greenberg
Weiner, Shearhouse, et al.
P.O. Box 10105
14 East State Street
Savannah, GA 31401


Date: September 23, 2014

**PENDERGAST & ASSOCIATES, P.C.**

By: /s/ Anthony Maselli
Anthony Maselli
Bar No. 558670
Attorney for Movant

115 Perimeter Center Place
South Terraces, Suite 1000
Atlanta, GA 30346
Phone: 770-392-0303
Fax: 770-392-0909
Email: amaselli@penderlaw.com