# United States Bankruptcy Court

## For the Southern District of Georgia

In the matter of:

Todd J. Retzlaff )
)
*Debtor(s)* )
)

Chapter 13 Case No. 14-41026

**FILED**

Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
*By pbryan at 1:47 pm, Oct 02, 2014*

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐  Denied and the case is dismissed.

☑  Denied and the case is dismissed with prejudice against refiling for 180 days.

　　☐  Unless converted to a case under Chapter 7 within fifteen (15) days.

☐  Granted upon condition that:

　　☐  Debtor pay $ _____ by _____;

　　☐  Debtor pay $ _____ per _____ until _____;

　　☐  Debtor attends next scheduled § 341 Meeting and no timely objection to confirmation is filed thereafter. If an objection is filed, confirmation will be reassigned for hearing.

　　☐  Debtor makes all future payments to the Trustee in a timely manner.  Upon any default, the Trustee shall file and serve a Notice of Non-compliance.  If no request for a hearing is filed within ten (10) days of the Notice of Non-compliance, the case will be dismissed.  No such request should be filed unless the Trustee's notice is factually inaccurate.

　　☐  Debtor pay balance of filing fee by _____.

☐  Continued to _____ at _____ a.m. / p.m.

　　☐  Upon payment of $ _____ by _____;

　　☐  With payments of $ _____ per _____ in the interim;

　　☐  Debtor's counsel is ordered to file a modified plan by _____;

　　☐  Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

　　☐  Upon condition that Debtor(s) _____

　　　　_____.

☐  Upon the failure of Debtor or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissed without further notice or hearing.

SO ORDERED.

Lamar W. Davis, Jr.
United States Bankruptcy Judge

Dated _____ 10/1/14 _____

cc:　Debtor
　　　Debtor's Attorney
　　　Chapter 13 Trustee

*[Rev. 03/2007]*